## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FRANK WATTS, II**                                                       **PLAINTIFF**

**V.**                            **4:23CV00040 JM**

**ASA HUTCHINSON,** *et al***.**                                         **DEFENDANTS**

### ORDER

Plaintiff paid the filing fee and filed a *pro se* complaint in this action on January 17, 2023. The Clerk is directed to issue summons and mail them to Plaintiff for service. Plaintiff is warned that it is his responsibility to serve Defendant and to file proof of service with the Court. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Because the issuance of summonses was delayed, the Court *sua sponte* extends the service deadline and notices Plaintiff that the Court will dismiss this action unless proof of service is filed on or before Monday, May 15, 2023, or the Plaintiff establishes good cause for the failure to serve summons and complaint on the Defendants within 90 days after filing the complaint.

Plaintiff's attention is directed to the fact that he is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with these Rules.

The Court notes that Local Rule 5.5(c)(2) instructs *pro se* parties that it is their responsibility to notify the Clerk and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. *Pro se* parties should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a *pro se* party is not responded to within thirty (30) days, the <u>Court may dismiss the case for failure to prosecute</u>.

Plaintiff's motion for the appointment of counsel (Doc. 2) is denied. *Pro se* litigants do not have a constitutional or statutory right to appointment of counsel in civil cases. *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018).

IT IS SO ORDERED this 27th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE