**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**FRANK WATTS, II**                                                                 **PLAINTIFF**

**V.**                              **Case No. 4:23-CV-00040-JM**

**ASA HUTCHINSON,** *et al.*                                              **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE